# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

Case Name: **Rutherford v. Econolodge**              Case Number: **18cv1471-LAB (JMA)**

Hon. Larry Alan Burns          Ct. Deputy: T. Weisbeck          Reporter: C. Ott

    The Court has determined that no hearing is necessary on Defendant's motion to dismiss for lack of jurisdiction.  *See* Civil Local Rule 7.1(d)(1). The hearing on calendar for Monday, September 24, 2018 at 11:15 a.m. is **VACATED**.  No appearances will be required in this matter on that date.

Date:  September 20, 2018                                                              Initials:  MDM/LC