# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD,<br><br>                    Plaintiff,<br><br>v.<br><br>ECONOLODGE, et al.,<br><br>                    Defendant. | Case No.: 18cv1471-LAB (JMA)<br><br>**ORDER OF DISMISSAL** |

    The Court dismissed Plaintiff James Rutherford's Americans with Disabilities act for failure to plead jurisdictional facts, and declined to exercise supplemental jurisdiction over his state law causes of action. (Docket no. 14.) The Court permitted Rutherford, who is represented by counsel, to file an amended complaint by March 11. He did not file one, however.

    This action is **DISMISSED** without prejudice, but without leave to amend, both for failure to invoke the Court's jurisdiction, and for failure to prosecute.

    **IT IS SO ORDERED**.

Dated: March 13, 2019

                                                        Hon. Larry Alan Burns
                                                        Chief United States District Judge